# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Reginald Rinaldo Talton**  
           Debtor(s)

**BK NO. 23-00289 MJC**

Chapter

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
21 Feb 2023, 09:49:47, EST

                KML Law Group, P.C.  
                BNY Mellon Independence Center  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106  
                215-627-1322