In re:  Case No. 23-00289-MJC

Reginald Rinaldo Talton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 11, 2023      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rinaldo Talton, 130 Pebble Beach Court, East Stroudsburg, PA 18302-6701 |
| 5521263 | + | AmeriGas Propane, Inc., 460 North Gulph Road, King of Prussia, PA 19406-2815 |
| 5521265 | + | Country Club at the Poconos, Community Assoc., Inc., 1567 Big Ridge Drive, East Stroudsburg, PA 18302-6804 |
| 5523567 | + | Country Club at the Poconos Homeowners Association, c/o Edward Hoffman, Jr., Esquire, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5521271 | + | Hoffman Law, LLC, Edward Hoffman, Jr., PO Box 609, Montgomeryville, PA 18936-0609 |
| 5521273 | + | Middle Smithfield Township, Sewer Dep't, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5521605 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5533097 | + | Email/Text: g20956@att.com | Apr 11 2023 18:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5521264 | + | Email/Text: g17768@att.com | Apr 11 2023 18:39:00 | AT&T c/o Bankruptcy, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 5521266 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 11 2023 18:39:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 5521268 | + | Email/Text: Bankruptcy.Consumer@dish.com | Apr 11 2023 18:39:00 | DISH Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 5521267 | + | Email/Text: G06041@att.com | Apr 11 2023 18:39:00 | DirecTV c/o Bankruptcy, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 5521269 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 11 2023 18:39:00 | EOS CCA, PO Box 981008, Boston MA 02298-1008 |
| 5521270 | | Email/Text: BNSFS@capitalsvcs.com | Apr 11 2023 18:39:00 | First Savings Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 5527042 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2023 18:44:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5521272 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2023 18:44:23 | Merrick Bank, PO Box 9201, Bethpage, NY 11804-9001 |
| 5524332 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 11 2023 18:39:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5521276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 18:44:42 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 5526754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 18:44:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5521274 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 18:39:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA |

| | | | | |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 5532928 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 18:44:43 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5521275 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 18:44:34 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5521277 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 11 2023 18:44:38 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 5524685 | | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2023 18:44:41 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5521278 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2023 18:39:00 | Verizon Wireless, Bankruptcy Group, PO Box 3397, Bloomington, IL 61702-3397 |
| 5521279 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 11 2023 18:39:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 5526589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 18:44:26 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Reginald Rinaldo Talton zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Reginald Rinaldo Talton, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−00289−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 11, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 18, 2023  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2023 |

ntcnfhrg (08/21)