UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REGINALD RINALDO TALTON : CHAPTER 13
      Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
  vs. :
 :
REGINALD RINALDO TALTON :
      Respondent : CASE NO. 5-23-bk-00289

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 10th day of April, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Schedule D lacks description – Claim #1-1. HUD mortgage claim was omitted.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.
    b. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court – Plan funded for less - Claim #3-1.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
      Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 19th day of April, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

J. Zac Christman, Esquire
556 Main Street, Suite 12
Stroudsburg, PA 18360

              /s/Deborah A. DePalma
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee