IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 23-00289 |
| | : | |
| REGINALD RINALDO TALTON | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

Kindly enter my Appearance on behalf of Middle Smithfield Township. Kindly place me on the service list of creditors to receive notice of future filings.

GRIM, BIEHN & THATCHER

BY:   /s/ Kelly L. Eberle
        Kelly L. Eberle, Esquire
        Attorney I.D. # 306591
        Attorney for Middle Smithfield Township
        P.O. Box 215
        Perkasie, PA 18944
        (215) 257-6811