IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| In Re: | : Bankruptcy 23-00289-MJC |
|    Reginald Rinaldo Talton | : Chapter 13 |
|         Debtors | : |
| Westlake Services, LLC | : |
|         Movant | : |
|    vs. | : |
| Reginald Rinaldo Talton | : |
|         Debtors/Respondents | : |
| Jack N. Zaharopoulos, Esquire, Trustee | : |
|         Additional Respondents | : |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Westlake Services, LLC has filed with the US Bankruptcy Court a Motion for Relief from Stay, Pursuant to 11 U.S.C. § 362, regarding its rights it has under the vehicle contract more commonly known as a 2014 Porsche Panamera, VIN# WP0AA2A74EL011856.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1.	If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 10/09/2024**,** you or your attorney must do all of the following things:

(a) **FILE AN ANSWER** explaining your position at:

United States Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street, Room 274
Wilkes-Barre, PA 18701

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above; **and**
(b) **MAIL A COPY** of the documents to the Movant's attorney:

Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121
Email: dboyle-ebersole@hoflawgroup.com

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Mark J. Conway on October 22, 2024 at 10:00am at U.S. Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at 570-831-2500 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully Submitted,

Date: 09/25/2024

/s / Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| In Re: | : Bankruptcy 23-00289-MJC |
|     Reginald Rinaldo Talton | : Chapter 13 |
|         Debtors | : |
| Westlake Services, LLC | : |
|         Movant | : |
|     vs. | : |
| Reginald Rinaldo Talton | : |
|         Debtors/Respondents | : |
| Jack N. Zaharopoulos, Esquire, Trustee | : |
|         Additional Respondents | : |

## MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Movant, Westlake Services, LLC, by its Attorneys, Hladik, Onorato & Federman, LLP, hereby requests relief from the Automatic Stay and leave to proceed with its State Court rights provided under the terms of the Vehicle loan contract.

1. Movant is Westlake Services, LLC ("Movant").

2. Debtor, Reginald Rinaldo Talton ("Debtor") purchased 2014 Porsche Panamera, VIN# WP0AA2A74EL011856 (the "Vehicle") pursuant to a Retail Installment Contract and Security Agreement dated June 3, 2019, in the original principal amount of $24,457.25 (the "Contract"), a copy of which is attached to Movant's Proof of Claim #6 filed on the Claim Register.

3. Movant is the holder of a security interest in the aforesaid Vehicle, which interest has been perfected through notation on the Pennsylvania Certificate of Title, a copy of which is attached to Movant's Proof of Claim #6 filed on the Claim Register.

4. Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on February 10, 2023.

5. Jack N. Zaharopoulos, Esquire is the Trustee appointed by the Court.

6. The total amount necessary to pay off the Vehicle is approximately $22,023.03.

7. As of the filing of this Motion, Movant has not received the following monthly post-petition monthly payments from Debtor:

Payments February 16, 2023 – September 16, 2024 @ $761.12/each…………$15,222.40
Attorney's Fees/Costs of Motion:…………………………………………………$699.00
Total Post-Petition Arrears:………………………………………………………..$15,921.40

8. The approximate clean retail value of the Vehicle, per the CarFax Value Report, is approximately $11,500.00 (Clean Retail Value).

9. Pursuant to 11 U.S.C. 362, the Automatic Stay of the Bankruptcy Code should be terminated as to Creditor because:

    a. Creditor lacks adequate protection of its security interest under 11 U.S.C. 362(d)(1).

    b. Debtor lacks equity in the Vehicle and the Vehicle is not necessary for an effective reorganization.

10. Movant requests waiver of Rule 4001 (a)(1) permitting Movant to immediately enforce and implement any Order for relief.

**WHEREFORE,** Movant respectfully requests that this Court enter an Order:

    a. Modifying the Automatic Stay under 11 U.S.C. § 362 of the Bankruptcy Code with respect to the Vehicle as to permit Movant to repossess on its Contract, sell the Vehicle and allow Movant or any other purchaser at auction to take legal or consensual action for enforcement of its right to possession of, or title to; and

    b. Granting any other relief that this Court deems equitable and just.

Respectfully Submitted,

Date: 09/25/2024

/s / Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com