**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

| | |
|---|---|
| In Re: | : Bankruptcy 23-00289-MJC |
| Reginald Rinaldo Talton | : Chapter 13 |
| Debtors | : |
| Westlake Services, LLC | : |
| Movant | : |
| vs. | : |
| Reginald Rinaldo Talton | : |
| Debtors/Respondents | : |
| Jack N. Zaharopoulos, Esquire, Trustee | : |
| Additional Respondents | : |

## CERTIFICATION OF SERVICE

I, Danielle Boyle-Ebersole, Esq., attorney for Movant, Westlake Services, LLC, hereby certify that I served a true and correct copy of the Amended Notice of Motion, by United States Mail, first class, postage prepaid, or Electronic Mail, on the date listed below, upon the following:

J. Zac Christman, Esquire
Via ECF
*Attorney for Debtor*

Reginald Rinaldo Talton
130 Pebble Beach Court
East Stroudsburg, PA 18302
*Debtor*

Jack N. Zaharopoulos, Esquire
VIA ECF
*Trustee*

Respectfully Submitted,

Date: 09/25/2024

/s / Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com