# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# (WILKES-BARRE)

| | |
|---|---|
| In Re: | : Bankruptcy 23-00289-MJC |
|     Reginald Rinaldo Talton | : Chapter 13 |
|         Debtors | : |
| Westlake Services, LLC | : |
|         Movant | : |
|     vs. | : |
| Reginald Rinaldo Talton | : |
|         Debtors/Respondents | : |
| Jack N. Zaharopoulos, Esquire, Trustee | : |
|         Additional Respondents | : |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties are pursuing a settlement agreement but need more time to discuss.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 18, 2024                    /s/ Danielle Boyle-Ebersole
                                                                   Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.