UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REGINALD RINALDO TALTON     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 5-23-00289-MJC

REGINALD RINALDO TALTON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 25, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of February 25, 2025, the Debtor(s) is/are $5390.00 in arrears a plan payment having last been made on December 13, 2024.

In accordance with said stipulation, the case may be dismissed

Dated: February 25, 2025     Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REGINALD RINALDO TALTON     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 5-23-00289-MJC

    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
556 MAIN STREET, SUITE 12
STROUDSBURG PA 18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
REGINALD RINALDO TALTON
130 PEBBLE BEACH COURT
EAST STROUDSBURG PA 18302

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2025     /s/ Tammy Life
     Office of the Standing Chapter 13 Trustee
     Jack N. Zaharopoulos
     Suite A, 8125 Adams Dr.
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     email: info@pamd13trustee.com