In re:                                                                               Case No. 23-00289-MJC

Reginald Rinaldo Talton                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                 Page 1 of 3

Date Rcvd: Mar 03, 2025                        Form ID: pdf010                          Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rinaldo Talton, 130 Pebble Beach Court, East Stroudsburg, PA 18302-6701 |
| cr | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5521263 | + | AmeriGas Propane, Inc., 460 North Gulph Road, King of Prussia, PA 19406-2815 |
| 5521265 | + | Country Club at the Poconos, Community Assoc., Inc., 1567 Big Ridge Drive, East Stroudsburg, PA 18302-6804 |
| 5523567 | + | Country Club at the Poconos Homeowners Association, c/o Edward Hoffman, Jr., Esquire, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5521271 | + | Hoffman Law, LLC, Edward Hoffman, Jr., PO Box 609, Montgomeryville, PA 18936-0609 |
| 5521273 | + | Middle Smithfield Township, Sewer Dep't, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5521605 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5533097 | + | Email/Text: g17768@att.com | Mar 03 2025 18:49:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5521264 | + | Email/Text: g17768@att.com | Mar 03 2025 18:49:00 | AT&T c/o Bankruptcy, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 5521266 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 03 2025 18:49:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 5521268 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 03 2025 18:49:00 | DISH Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 5521267 | + | Email/Text: G06041@att.com | Mar 03 2025 18:49:00 | DirecTV c/o Bankruptcy, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 5521269 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 03 2025 18:49:00 | EOS CCA, PO Box 981008, Boston MA 02298-1008 |
| 5521270 | | Email/Text: BNSFS@capitalsvcs.com | Mar 03 2025 18:49:00 | First Savings Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 5527042 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2025 18:57:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5521272 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2025 18:57:01 | Merrick Bank, PO Box 9201, Bethpage, NY 11804-9001 |
| 5524332 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 03 2025 18:49:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5521276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2025 18:56:38 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 5526754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2025 18:57:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5521274 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2025 18:49:00 | Pennsylvania Dep't of Revenue, PO Box 280946, |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5532928 | + | Email/PDF: ebnotices@pnmac.com | Mar 03 2025 19:19:23 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5521275 | + | Email/PDF: ebnotices@pnmac.com | Mar 03 2025 18:57:05 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5521277 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 03 2025 18:56:36 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 5524685 | | Email/PDF: ebn_ais@aisinfo.com | Mar 03 2025 19:19:20 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5521278 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 03 2025 18:49:00 | Verizon Wireless, Bankruptcy Group, PO Box 3397, Bloomington, IL 61702-3397 |
| 5521279 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 03 2025 18:49:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 5526589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2025 18:57:05 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Westlake Services LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Reginald Rinaldo Talton zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| Kelly Lyn Eberle | on behalf of Creditor Middle Smithfield Township | keberle@grimlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| REGINALD RINALDO TALTON<br><br>Debtor 1 | Chapter: 13<br>Case No.: 5:23-bk-00289-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>   vs.             Movant(s)<br><br>REGINALD RINALDO TALTON<br><br>Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 66, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 3, 2025